UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD D. IRVIN,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. 3:06-cv-5718-RBL-JKA<br><br><br>ORDER FOR EXTENSION |

Based upon Stipulation between the parties, it is hereby ORDERED that the Defendant shall have an extension to and including June 20, 2007, to file a response to Plaintiff's opening brief. It is further ORDERED that Plaintiff shall have to and including July 11, 2007, to file Plaintiff's Reply Brief.

Page 1    ORDER - [3:06-cv-5718-RBL-JKA]

1 | DATED this 4th day of June, 2007.

                                            */s/ J. Kelley Arnold*
                                            UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ JEFFREY BAIRD
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2205
FAX:  (206) 615-2531
jeffrey.h.baird@ssa.gov

Page 2        ORDER - [3:06-cv-5718-RBL-JKA]