# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD D. IRVIN

       v.

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5718RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The administrative decision is AFFIRMED.

| | |
|---|---|
| November 5, 2007 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |